

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

\* Zachery Wilson \*
Name under which you were convicted

#198832
Your prison number

vs.

John Doe Patterson      ( In His Individual Capacity )
Name of Defendant(s)

CIVIL ACTION NO. 19-01131-TFM-B
(To be supplied by Clerk of Court)

1000 St. Clair Road / Springville, AL. 35146-9790
Place of Confinement and Address

FILED FEB 3 '20 PM 2:07 USDC-ALS

### INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form.** You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. **Proper Court.** Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case.** It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. **Defendants.** The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

1

E. **Pleading the Complaint.** Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. **Fees.** This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. **Form of Pleadings.** All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. **Certificate of Service.** Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. **Copies.** This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. **Form of Pleadings.** Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. **No Evidence.** No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS.**

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes (√)   No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes (√)   No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:
   
   Plaintiffs: *Zachery Wilson*
   
   Defendants: Raderick Gadson
   
   2. Court (if federal court, name the district; if state court, name the county): United States District Court/Northern District of Alabama
   
   3. Docket Number: 2:16-CV-00634-MHH-SGC
   
   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes (√)   No ( )
   
   5. Name of judge to whom the case was assigned: Haikala/Cornelius
   
   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.
   
   Case to date is in process of a Trial, defendant was denied Summary Judgment
   
   7. Approximate date of filing lawsuit: April 16th 2016
   8. Approximate date of ruling by court: September 30th 2019

3

II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Holman Correctional Facility

B. Date it occurred: August 27th 2019

C. Is there a prisoner grievance procedure in this institution? No

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

E. If your answer is YES:

1. What steps did you take? N/A

2. What was the result? N/A

F. If your answer is NO, explain why not: The (ADOC) do not have a grievance procedure.

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On August 27th 2019 Correctional Lt. Banks, Cert Lt. Whitley and other Cert Officials accost Plaintiff's segregation annex cell K-43 to conduct a routine shake-down and/or search of Plaintiff's cell for contraband. Plaintiff was given a direct order via Lt. Banks to submit to handcuffs to the rear through the tray-slot of cell K-43, in which the Plaintiff prudently complied with the order. There-after the Plaintiff was handcuffed to the rear and exit his cell K-43, Cert Officer Patterson displayed an truculent tone and demeanor, thereby Cert Officer Patterson stated to the Plaintiff "Who The Fuck You Think You Are", and therefore Plaintiff replied, "I AM A CHILD OF GOD". Cert Officer Patterson then pulled his nightstick and maliciously and sadistically began striking the Plaintiff repeatedly within his facial area with the nightstick without penological and/or justifiable reason to do so.

4

(a) Claim against this defendant: _____

_____

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Rape 2st; Sodomy 2st; Burglary 1st; Assault 1st; Attempted Murder; Kidnap; Attempted Kidnap; and Auto Theft 1st...

2. When were you convicted? June 2002

3. What is the term of your sentence? 8 Life Sentences

4. When did you start serving this sentence? September 2002

5. Do you have any other convictions which form the basis of a future sentence?
   Yes (✓)     No ( )

If so, complete the following:

(a) Date of conviction: April 2002

(b) Term of sentence: 41 Months "Federal"

6. What is your expected end of sentence (E.O.S.) date? N/A

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

Writ of habeas  yes( ) no( )         yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____
_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Reward Plaintiff $500,000 in punitive damages; Reward Plaintiff $500,000 in compensatory damages against defendant jointly and severally; Grant Plaintiff a full trial and discovery with this matter; and order any other decree this Court deems proper, just and equitable....

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

1/24/19
Date

\* Zachery Wilson \*
(Signature of Plaintiff Under Penalty of Perjury)

1000 St. Clair Road
Current Mailing Address

Springville, Alabama. 35146

N/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS. E.G.. RELEASED. TRANSFERRED. MOVED. ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Cont; I your Present Complaint., 6

facial area with a nightstick, Cert Officer Patterson then grabbed Plaintiff by the Late, turned Plaintiff head towards the segregation unit "concrete wall" and unreasonably/wantonly slammed the Plaintiff left side of his head to the wall, and therefore completely splitting Plaintiff's left eye-lid open to the point an surplus/exceeding amount of Plaintiff's blood poured thereon Plaintiff's (Tank Top Shirt, Pants, Shoes, and * Rose Gold Black JESUS Crucifix Medallion *). Plaintiff was then escorted to the Facilitive HCU via Cert Lieutenant Whitley, wherein the Plaintiff recieved 6 stitches to ameliorate and seal the open wound egregiously created by Cert Officer Patterson while Plaintiff's hands were restrained to the rear, causing Plaintiff to become irate with officials therein the HCU. WHEREFORE, to bolster the Plaintiff's meritful claims, surveillance cameras are available to show this Honorable Court that the aforementioned is accurate, true, and correct; there were no pictures taken of Plaintiff battered face in accordance with the S.O.P. of the (Use Of Excessive Force) upon an inmate; there was no incident report written to Plaintiff's Knowledge; the Plaintiff did-not recieved any disciplinary action to give the defendant herein probable cause and penological justification to use malicious and sadistic force upon the Plaintiff; and Plaintiff also endured excruciating pain within his right jaw, as well as a crackling/popping like experience therein. Therefore, and by reason thereof, defendant Cert Officer Patterson did-not use force to maintain order, rather he used gratuitous force for the sole purpose to cause severe harm; see exhibits A, B, C, D, E, and F herewith Plaintiff's complaint to substantiate what Plaintiff claims reveal true (Genuine Issues And Material Facts) pellucidly exist within this lawsuit, & therefore the Plaintiff's Eighth (8TH) Amendment to the United States Constitution was conspicuously violated via defendant Cert Officer Patterson on August 27TH 2019 at Holman seg-un

## (CAUSE OF ACTION)

1.) Defendant Patterson did-not use force to restore or maintain order, rather he used egregious force maliciously and sadistically for the sole/very purpose to cause harm to the Plaintiff herein.

2.) Defendant Patterson violated his statutory and constitutional duties, thereby using wanton force upon the Plaintiff without penological or justifiable reason to do so, and therefore defendant Patterson conspicuously violated the Plaintiff's Eighth (8TH) Amendment to the United States Constitution.. (Excessive Force)

Cont: I - C Previous Lawsuit(s):

1. Parties to this previous lawsuit:
Plaintiff: *Zachery Wilson*
Defendant(s): R.Kelly; L.Price; and L.Hudson
2. Court (if federal court, name the district; if state court, name the county): United States District Court / Southern District Of Alabama
3. Docket Number: 1:19-CV-00424-KD-N
4. Were you granted the opportunity to proceed without payment of filing fees? Yes
5. Name of judge to whom the case was assigned: Dubose / Nelson
6. Case is still pending to date
7. Approximate date of filing lawsuit: July 22nd 2019
8. Approximate date of ruling by court: N/A

1. Parties to this previous lawsuit:
Plaintiff: *Zachery Wilson*
Defendant(s): Tausanna Byrd; Gary Hetzel; Walter Myers; and Gwendolyn Givens
2. United States District Court / Southern District Of Alabama
3. Docket Number: 1:15-CV-00160-KD-N
4. Yes
5. Dubose / Nelson
6. Summary Judgment granted to defendant(s)
7. March 17th 2015
8. N/A

1. Parties to this previous lawsuit:
Plaintiff: *Zachery Wilson*
Defendant(s): Emily Whittle; and Bryan Ezell
2. United States District Court / Southern
3. Docket Number: 1:14-CV-00337-CB-M
4. Yes

5. Whomever CB/M may be therein the Southern District Court
6. Summary Judgment granted to defendant(s)
7. July 18th 2014
8. N/A

---

1. Parties to this previous lawsuit:
Plaintiff: *Zachery Wilson*
Defendant(s): Gary Scarbrough; and Ashley Kidd
2. United States District Court/Southern District Of Alabama
3. Docket Number: 1:14-cv-00114-KD-B
4. Yes
5. Dubose/Bivins
6. Summary Judgment granted to defendant(s)
7. March 11th 2014
8. N/A

## Prayer For Relief:

WHEREFORE, the Plaintiff pray that this Court:

1.) Assume jurisdiction over this action;
2.) Grant Plaintiff a full Trial and Discovery with this matter;
3.) Reward Plaintiff $500,000 in punitive damages against defendant Patterson jointly and severally;
4.) Reward Plaintiff $500,000 in compensatory damages against defendant Patterson jointly and severally;
5.) Adjudge and declare that the acts and omissions described by the named defendant, violated the Plaintiff's rights under the Eighth (8TH) Amendment to the United States Constitution as enforced by U.S.C 1983;
6.) Stop defendant Patterson and any other official from subjecting Plaintiff to cruel and unusual punishment hereinafter;
7. Order any other decree that this Court deems proper, just, and equitable........

Date: January 24th 2020

Respectfully Submitted,
*Zachery Wilson* #198832
1000 St. Clair Road
Springville, AL. 35146

# Alabama Department of Corrections
## Inmate Body Chart Documentation Form



Institution: **Holman**  Date: **2714** Time: **1755**

Individual Requesting Body Chart (print name): **Whitley**  Title: **Lt**

**Inmate statement:**
"He got me. This means war."

**Description of markings:**
laceration 1.7cm x 0.5cm

Check below:
- ✓ *Progress Note additionally completed and filed in the inmate health record.
- ___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _CA CU RN_  Date: **2714** Time: **1305**

Inmate Name: **Wilson, Zachary**  AIS #: **198832** DOB: [redacted]

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014



**Wexford Health**

ALABAMA PROGRESS NOTES

HSR#: Holman
DATE/TIME: 8-27-19 1255

Offender Information:
Last Name: Wilson
First Name: Zachary
MI: 
ID#: 198832

## ABRASIONS and LACERATIONS

| Subjective, Objective, Assessment | Plans |
|---|---|
| S) "He got me. This means war!" <br> Allergies? Cymbalta? <br> Cause of the injury? <br> — pt irate, yelling at CO's present in <br> Where did it happen? <br> HCU — screaming "Y'all goin' have to kill me." <br> Time of the Injury: <br> "Few minutes ago" <br> Type of the object involved: <br> — <br> History of excessive bleeding Y/(N) <br> Date of last Tetanus vaccination: <br> 5-19-13 <br> O) <br> T 99.5  P 107  R 20  BP 124/78  WT <br> Loss of consciousness/orientation <br> pt awake, alert/oriented x3 <br> Size/depth/location of injury: <br> 1.7 x 0.5 cm <br> Contaminates/ground in debris: <br> ∅ <br> Bleeding/drainage/amount/character: <br> bright red blood on thigh/clothing — ∅ active bleeding <br> Swelling/disfigurement Y/N <br> Loss of ROM? Y/(N) <br> S&S of impaired circulation? Y/(N) <br> A) <br> Alteration in Comfort <br> Altered Skin Integrity | P) <br> **Refer to Provider:** <br> Last toxoid was more than 5 years ago. <br> If wound has ground in debris. <br> If wound has uncontrolled bleeding. <br> If signs of infection are present. <br> For wounds covering large or deep areas or over joints. <br> For lacerations of eyelids, lips, ears over joints on fingers. <br> For assault wounds to head face, chest, back or abdomen. <br> For wounds not responding to protocol treatment. <br> For wounds which require sutures. <br> Exchange of body fluid. <br> If injury is self-inflicted, refer to Mental Health <br> **Nursing Intervention** <br> Cleanse with antiseptic soap. <br> If wound is on the face use Phisoderm or equivalent and rinse with Normal Saline. <br> Apply direct pressure with sterile compress (to control bleeding) if needed & elevate if possible. <br> For discomfort: Acetaminophen 325 mg, 2 tablets p.o. b.i.d. p.r.n. x 3 days. <br> Triple antibiotic ointment b.i.d. x 3 days. <br> Dress abrasions as necessary – butterfly or steri strip if necessary. <br> **Patient Teaching:** <br> Signs of infection (swelling, redness, pus, heat, streaking). <br> Signs of impaired circulation (blanching nails, cold extremities). <br> Safety, prevention measures. <br> Need for follow-up referral at sick call if infection and/or impaired circulation develop. <br> **Follow up:** <br> Wound check in the clinic or by sick call nurse in 24 hours; thereafter, depending on severity and patient's ability to provide self-care. |

Signature/ Title: _____

ADOC-01
Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

ABRASIONS and LACERATIONS

EXHIBIT C

## Alabama Department of Corrections
### Treatment Sheet



| Date Ordered: | Ordered By: | Institution: | Housing Location: |
|---|---|---|---|
| 8.27.19 | Wilson | HCF | K-43 |

**Treatment Ordered:** Remove Sutures in 7-10 days from facial laceration (under left eye) Inmate needs to keep wound clean c̄ soap and water daily

**Progress Notes:**
9-5-19 0940 -Sutures Removed

### Treatment Record

2019

| MONTH / YEAR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | → |
| Sept | → | | | | ✗ | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Inmate Name:** Wilson Zachary
**AIS #:** 198832
**D.O.B.:** [redacted]

**Wexford Health** SOURCES INCORPORATED

## Progress Note

Name: **Wilson** (Last), **Zachary** (First), MI: 
Date of Birth: [redacted]    ID #: **198832**

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 8/27/19 | 1355 | (S) Pt presented to Infirmary c̄ laceration above and to side of (R) eye/eyebrow. Says hit in head c̄ no night stick, denies LOC, dizziness, N/V, SOB, dyspnea, only c/o H/A. (O) HEENT — EOMI, (B), (R) side of (R) brow has open eye (2cm x 0.5cm 1/c) neuro exam — grossly intact. (A) facial laceration beside (R) eye/eyebrow s/p trauma. (P) verbal consent obtained for suture closure of wound, bleeding controlled, wound cleaned c̄ betadine, used 1% lidocaine for anesthesia, applied #4 4-0 sutures to lac, good approximation of wound edges, tolerated well, no c/o bleeding controlled, covered c̄ bandage/dressing. Tdap vaccine, Tylenol 1tab prn pain. Sutures removal in 7 days, WC daily. \[signature\] MD | |

COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET

CS1104A

EXHIBIT 5

# Practitioner's Orders


PSNMOF

| Patient Name: | Verbal / Telephone Orders  ○ No  ○ Yes  Per: |
|---|---|
| DOB: _____ ID# _____ <br> Housing Unit: _____ <br> Allergies: _____ <br> Noted By: _____ <br> Date: _____ Time: _____ | Practitioner Signature _____ Date & Time: _____ |

| Patient Name: | Verbal / Telephone Orders  ○ No  ○ Yes  Per: |
|---|---|
| DOB: _____ ID# _____ <br> Housing Unit: _____ <br> Allergies: _____ <br> Noted By: _____ <br> Date: _____ Time: _____ | Practitioner Signature _____ Date & Time: _____ |

| Patient Name: | Verbal / Telephone Orders  ○ No  ○ Yes  Per: |
|---|---|
| DOB: _____ ID# _____ <br> Housing Unit: _____ <br> Allergies: _____ <br> Noted By: _____ <br> Date: _____ Time: _____ | Practitioner Signature _____ Date & Time: _____ |

| Patient Name: Wilson, Zachary | Verbal / Telephone Orders  ○ No  ○ Yes  Per: |
|---|---|
| DOB: [redacted] ID# 1983 <br> Housing Unit: SCCF <br> Allergies: NKA <br> Noted By: _____ <br> Date: _____ Time: _____ | Practitioner Signature _____ Date & Time: _____ |

| Patient Name: Wilson, Zachary | Verbal / Telephone Orders  ○ No  ○ Yes  Per: |
|---|---|
| DOB: [redacted] ID# _____ <br> Housing Unit: HCF <br> Allergies: _____ <br> Noted By: APumm <br> Date: 8-27-19 Time: 1623 | 1) Remove #4 sutures ~ 7-10 days from corneal laceration (L eye) <br> 2) pt needs to keep wound clean c soap & water daily <br> Practitioner Signature _____ Date & Time: 8-27-19 |

CS1100AL

Exhibit 4

EXHIBIT E

## Alabama Department of Corrections
## Sick Call Request

**[Step One]**

**Reason for Sick Call Request:** Officer Patterson of the riot team repeatedly struck me in the facial area with his nightstick, therefore he split my left eye open and to date my right jaw is swollen and making crackling sounds, I need it looked at because something is wrong with my right lower jaw. (thanks)

Name (print): Zachery Wilson    AIS #: 198832    Date of Birth: [redacted]
Institution: Holman    Housing Area: K-43    Date: 9-1-19

**[Step Two]**

Sick Call Form Collected by Health Staff: _AL_ (initials)    Title: _RN_    Date: 9/2/19    Time: 0200

**[Step Three]**

**Request Triaged (check as appropriate):**

A. ____ Sick Call Nurse Encounter Not Required

(1) ____ Referring to Chronic Care Manager
(2) ____ Written Response/Instruction Being Provided

B. ____ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation
(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature / Title: _____    Date: 9/2/19    Time: 0200

**[Step Four]**

**Nurse Sick Call:**

Co-Pay Fee (check applicable):
✓ Nurse Encounter
___ OTC/s (if restrictive housing – no OTC fee)
___ Scheduled but Refused Encounter
___ No Co-Pay Fee (exempt encounter)

**Outcome:**
1. ____ Resolved by Nurse Encounter
2. ✓ Referral Requested by Nurse:
   (a) ✓ Medical Provider
   (b) ____ Dental Services
   (c) ____ Mental Health Services
   (d) ____ Other: _____

Signature / Title: M Kress RN    Date: 9/4/19    Time: 8:30 pm

Inmate Name: *Zachery Wilson* *Zacheriah*    AIS #: 198832

ADOC – OHS form E-7 (a) 032013; Revised: 10/2014

Distribution:  Original Sheet – Health Record file
Last Sheet – Inmate retains
Center Sheet – Communication to Inmate

 

*Zachery Wilson #185068
1000 St. Clair Road
Springville, Alabama. 35146-9790



NEOPOST　FIRST-CLASS MAIL
01/28/2020
US POSTAGE $000.80⁰
ZIP 35146
041M11456250

"This correspondence is forwarded from an Alabama State Prison. The contents have not been examined, and the ADOC is not responsible for the substance or content of the enclosed communication."

To: United States District Court
Southern District Of Alabama
"CLERK"
155 ST. JOSEPH STREET
Mobile, Alabama. 36602
(OFFICIAL BUSINESS)